**Order entered April 7, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-18-01544-CR

**BRANDY NICHOLE CROWE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F16-34211-X**

**ORDER**

Before the Court is appellant's April 6, 2020 motion for extension of time to file her brief. In the motion, appellant states that her copy of State's Exhibit 14 does not work. Appellant is advised that the appellate record at the Court contains a working copy of State's Exhibit 14.

We **GRANT** the motion and **ORDER** appellant's brief due by May 8, 2020.

/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE